```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

NES BASEBALL & SOFTBALL
FACILITY, INC., d/b/a NORTHEAST
SUPREME,

           Plaintiff,

-against-

NORTHEAST ANGELS SOFTBALL, LLC,
ALEXANDRA YOFFEE and JOEL
YOFFEE,

           Defendants.

22-CV-9158 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    On April 24, 2024, the Court issued an Order to Show Cause directing Plaintiff NES Baseball & Softball Facility, Inc. d/b/a Northeast Supreme to show cause in writing on or before June 24, 2024 as to why its claims against Defendants should not be dismissed for want of prosecution under Federal Rule of Civil Procedure 41(b). (ECF No. 34.) The Court expressly warned Plaintiff that failure to comply with the Court's show cause order would result in dismissal of this action for want of prosecution.[1] (*Id.*) To date, Plaintiff has failed to respond to the Order to Show Cause.

    Accordingly, the Court DISMISSES without prejudice the above-captioned action for want of prosecution. The Clerk of the Court is directed to terminate this action, to mail a copy of this order to Defendants, and to show service on the docket.

Dated: June 28, 2024
       White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

---

[1] On April 24, 2024, the Court also granted Attorney Conrad M. Olear's motion to withdraw as attorney for Defendants. The Court further directed (1) Individual Defendants Alexandra Yoffee and Joel Yoffee to either retain counsel or inform the Court of their intention to proceed *pro se* and (2) Corporate Defendant Northeast Angels Softball, LLC to have counsel file a notice of appearance. To date, the Individual Defendants and Corporate Defendant have failed to abide by the Court's order.